Fill in this information to identify the case:

Debtor 1  Benjamin Cisneros

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number  13-00063

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** RBS Citizens, N.A.

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4 — 7 — 2 — 4

**Property address:** 234 Parker Court
Number    Street

_____

Aurora    IL    60505
City           State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  02 / 01 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:    (a) $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

   c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/____
MM / DD / YYYY

Form 4100R      **Response to Notice of Final Cure Payment**      page **1**

| Debtor 1 | Benjamin Cisneros | Case number (*if known*) 13-00063 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Brian Guyer          Date 01/19/2018
Signature

Print: Brian Guyer          Title: Attorney
       First Name   Middle Name   Last Name

Company: Marinosci Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 134 N LaSalle St., Ste 1900
         Number        Street

Chicago, IL 60602
City         State    ZIP Code

Contact phone (312) 940 – 8580          Email bguyer@mlg-defaultlaw.com

---

Form 4100R          **Response to Notice of Final Cure Payment**          page **2**

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 01/19/2018

Chapter 13 Trustee: Glenn B Stearns

Trustee Address: __

Trustee Email: mcguckin_m@lisle13.com

Debtor's Counsel Name: Stephanie K Low

Debtor's Counsel Address: __

Debtor's Counsel Email: stephanie@slhlawfirm.com

Debtor 1 Name: Benjamin Cisneros

Debtor 2 Name

Debtor's Mailing Address: 234 Parker Court, Aurora, IL 60505

Debtor Email:

_/s/_ __Brian Guyer__